**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――――

**No. 97-1724**

―――――――――――――――

HENRY T. SANDERS,

Plaintiff - Appellant,

versus

STATE OF MARYLAND; LOUIS L. GOLDSTEIN, Mary-
land State Treasurer,

Defendants - Appellees.

―――――――――――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
97-1012-PJM)

―――――――――――――――

Submitted: August 14, 1997      Decided: August 21, 1997

―――――――――――――――

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

―――――――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――――――

Henry T. Sanders, Appellant Pro Se.

―――――――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his mandamus petition which sought an order compelling the state courts to reinstate a complaint. Appellant also appeals the denial of his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sanders v. Maryland</u>, No. CA-97-1012-PJM (D. Md. Apr. 24; May 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2